**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 153 MAL 2017
                                              :
            Respondent              :
                                              :    Petition for Allowance of Appeal from
                                              :    the Order of the Superior Court
           v.                          :
                                              :
                                              :
KARL K. MYERS,                            :
                                              :
            Petitioner                 :

## ORDER

**PER CURIAM**

       **AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.